IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 JAN 31  AM 8: 52

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

Civil Action No. ~~1:21-CV-01576~~

(To be supplied by the court)

<u>W.B.O.U. Communications LLC, LASS Construction, A1000 Enterprises, Wicked Development Radio Network, Rex A Frederickson, Lyle Shumpert, Thomas Shcrubbe</u>
, Plaintiff's

v.

<u>Cody Grey, Michael J. Weiss, Dustin Kenneth, other unknown actors or conspirators</u>
,
Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the*

*court may result in dismissal of your case.*

  Rex A. Frederickson
  (Name and complete mailing address)

  970 744 8175
  (Telephone number and e-mail address)

**B. DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Dustin Kenneth 611 1st St W, Apt 201, Kalispell, MT
  (Name and complete mailing address)

  unknown
  (Telephone number and e-mail address if known)

Defendant 2: Michael J. Weiss 137 S.E. 14th Ave Okeechobee FL  34974  863 357 1782
  (Name and complete mailing address)

  unknown
  (Telephone number and e-mail address if known)

Defendant 3: Cody Grey   200 W. Oak Street, Suite 3100
Fort Collins, CO 80521  (public official contact address)
  (Name and complete mailing address)

  (970) 498-7683 or (970) 498-7700 **grayxxcn@co.larimer.co.us**
  (Telephone number and e-mail address if known)

Defendant 4: UNKNOWN ACTORS OR CONSPIRATORS
  (Name and complete mailing address)

  (Telephone number and e-mail address if known)

## C.  JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__X__   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

      List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

      __Including but not limited to  18USC 35, 241, 242, 245, 648, 1001__

__x__   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

      Plaintiff is a citizen of the State of ___Colorado___ .

      If Defendant 1 is an individual, Defendant 1 is a citizen of ___incubus~~Montana~~ Colorado___

      If Defendant 1 is a corporation,

      Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

      Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

## D.  STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each*

3

*claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM:  Harassment and stalking as described in Montana Code Annotated (MCA), § 45-5-220,  45-5-221.  Malicious intimidation or harassment relating to civil or human rights cyberstalking also may be prosecuted under 47 U.S.C. 223. One provision of this statute makes it a federal crime, punishable by up to two years in prison, to use a telephone or telecommunications device to annoy, abuse, harass, or threaten any person at the called number. The statute also requires that the perpetrator not reveal his or her name. See 47 U.S.C. 223(a)(1)(C). Although this statute is broader than 18 U.S.C. 875 -- in that it covers both threats and harassment -- Section 223 applies only to direct communications between the perpetrator and the victim. Thus, it would not reach a cyberstalking situation where a person harasses or terrorizes another person by posting messages on a bulletin board or in a chat room encouraging others to harass or annoy another person. Moreover, Section 223 is only a misdemeanor, punishable by not more than two years in prison.
Federal law provides some tools to combat cyberstalking. Under 18 U.S.C. 875(c), it is a federal crime, punishable by up to five years in prison and a fine of up to $250,000, to transmit any communication in interstate or foreign commerce containing a threat to injure the person of another. Section 875(c) applies to any communication actually transmitted in interstate or foreign commerce - thus it includes threats transmitted in interstate or foreign commerce via the telephone, e-mail, beepers, or the Internet. This is the statute under which Jake Baker was charged.

Supporting facts:

Defendant has and continues to harass the plaintiff on line and by making false reports to local authorities.
On or about 6,9,2021 Dustin Kennith did threaten me with violence, He also encouraged others to take violence against me. **https://www.youtube.com/watch?v=kVj44RkSeG0 .**
**In addition the following videos are directed at me and are slanderous in presentation. The context has been removed by carefully editing content so as to appear self incriminating. https://www.youtube.com/watch?v=btksTu4bahg , https://www.youtube.com/watch?v=k7psmh-XRP0&t=61s , https://www.youtube.com/watch?v=0Ibnc8EnJu0 , https://www.youtube.com/watch?v=j0njwL46Xfk , https://www.youtube.com/watch?v=m2tr5PYqemU/ , https://www.youtube.com/watch?v=Vp4FXnMuc4M , https://www.youtube.com/watch?v=y_ZWnSoDQA4 , https://www.youtube.com/watch?**
hat on or about Sep 30, 2020 and again on Dec 7, 2020 "Harassment" of Rex A. Frederickson and "Extortion" of property owner or landlord demanding that Rex A. Frederickson a sex offender, is not allowed on the property located at **603 W Willox Fort Collins Co 80524**, without authority to do so. Chad Grey threatened the landlord of a sex offender known as Rex A Frederickson, with undefined regulations and fines ranging from $6000-$8000. Chad Grey Quote ``If you do not begin legal action against Rex A. Frederickson" thereby committing "attempted extortion" to force her into taking legal actions against Rex A Frederickson. Causing great stress to Rex A Frederickson and his landlord. This is the second time

4

Rex A Frederickson has been either evicted or threatened to be evicted due to the actions of Chad Grey. The first being Copoco's Honey located at **2020 N Collage Ave. Fort Collins Co 80524**. By claiming the building could be required to be demolished and Rex A Frederickson could not be there. (Ref:https://www.youtube.com/watch?v=PUOxXbtQC6E&feature=youtu.be)

Rex A Frederickson would be evicted from both locations, for this reasons above, without placing the landlord in further danger of harassment or attempted extortion Rex A Frederickson left the properties shortly after without the need of eviction to relieve the landlords and friends of the harassment or extortion attempts this took and cost Rex A Frederickson expenses that should have never been required to pay to move. Contrary to the Sex Offender verified records provided showing occupancy.

Dustin Kennith and Unknown Actors.

Dustin Kennith and Unknown Actors, has posted false and misleading information on line concerning the Plaintiffs. This pattern of behavior can be traced back as much as 3 years if not more. Making a concise list of tort-able actions being a long list and requiring the discovery to do so. It is clear Dustin Kennith intends to cause Rex A Frederickson harm and great mental and emotional harm from evidence provided in the claim or complaint, but does not limit the claims that may be made pending discovery. YouTube provides the uploads and texts created by Dustin Kennith on YouTube or other platforms Dustin Kennith may have posted on.

Recent Events:

12908 Palomino Pl Wellington Co 80549.

On or about Jan, 29 2022, I was notified online by Dustin Kennith about a letter meant for my current landlord. According to Dustin Kennith the letter was to have been received by the landlord 2 days prior to the statement made by Dustin Kennith. The landlord was shown this message online, but had not yet received the letter. Dustin Kennith claimed to have boots on the ground and claimed to be the complainant promoting this letter to be created by Chad Grey. This is after Dustin Kennith had made multiple demands or references to money stolen from him and demands to pay him back if I did not comply he would not stop. My landlord checked the mail and discovered a letter addressed to him. When opened it was from Chad Grey matching the claims very closely to the claims the letter would be as contained online. Supporting the theory of a conspiracy between Dustin Kennith and Chad Grey.

This is the third time actions have been taken against Rex A Frederickson by Chad Grey. Each having a similar pattern of behavior. The most transparent is the misquote or false claim that Rex A Frederickson is not an occupant of said properties there by not allowing the storage of a RV. The public record contained in the sex offender registry would show this claim is false in each of the locations.

No evidence was provided that Rex A Frederickson was not an occupant of the properties at the time the harassment occurred.

Any reasonable person would believe a deliberate misquote of Larimer County Ordinance rules and regulations against Rex A Frederickson directly or indirectly or claims or denial of occupancy can be found on the sex offenders list maintained by the Larimer County Sheriff. Available to any member of the public or official nationwide. Verified by the Larimer County Sheriff themselves. Proving occupancy at the time of the threats and

claims contained in documents sent to Rex A Frederickson's landlords in an effort to force Rex A Frederickson to move. Denying Rex A Frederickson of basic and well established rights thereby causing great mental and emotional harm.
**That Chad Grey was notified of the verified occupancy of Rex A Frederickson, contained in the Larimer County Sheriffs Sex Offender Registration of verified records.**

E.     **REQUEST FOR RELIEF**
*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

1. PROTECTION ORDER To prevent further harassment of Plaintiffs. I request Dustin Kennith online posting be restricted to have sufficient constraint that the court sees fit, so as Dustin Kennith be not permitted to post further threats or false information to online websites.
2. Evidence may be still contained on Dustin Kennith's Computer I ask this evidence be preserved
3. Undetermined amount of US dollars more than $75,000 . (An Addendum would be required after discovery, as this case is extensive and relates to a great deal of material posted or removed on line. Discovery provided by You Tube will provide the evidence revealing a much broader pool of evidence) please ask YouTube to provide these records from specified channels
4. An order preventing Dustin Kennith from leaving the country. He posted this comment on Jan. 30, 2022 that would make it appear he wishes to avoid service or prosecution.

https://www.youtube.com/watch?v=CRAFUXfWgAM

### Flathead Presents: Exposed

4 hours ago
My very good lawyer has already advised me that I have shown enough proof to back up my story. REX only has news stories that has nothing to do with this situation. Good luck finding me in Belize REXY. LMFAO.... The game is different where I will be... See ya soon buttercup!

And this text on the same page the same day.

### Flathead Presents: Exposed

3 hours ago (edited)
@catskill49murphy The amount of paperwork I needed to do to get working visas and living visas for 5 people including 3 pets was unreal. After 5 years I become a citizen and I will renounce my American Citizenship. I don't plan on leaving once I get there again. I haven't fished in a long time but I have plenty of time to make up for it, lol...

### Flathead Presents: Exposed

4 hours ago (edited)
@Rex A Fredrickson IS A DANGER TO THE PUBLIC! It's 21 right now in Montana but in

Belize it's 66 degrees and it's only 7:24 A.M. there. I will be there in 2 days :-) I have Belize weather on my Desktop and I stare at it a lot, LMFAO...

https://www.youtube.com/watch?v=KDapGacsgYs



Pinned by Flathead Presents: Exposed
    Flathead Presents: Exposed
2 hours ago (edited)
Playing videos that don't apply to me doesn't scare me one bit REXY. My move to Belize WAYYYY outdates any claims you want to try and con your way in. It won't work. While I am chillin' on the beach in 2 days I'll make sure to do a live stream from my new home... The next chapter of my life does not include con men like you or Lyle. LMFAO... Have fun living in a R.V. on an old man's property. My lawyer find some humor in your lame attempts. We say.... Don't sing it, bring it. I am REALLY looking forward to destroying you in court. The amount of people I have spoken to over the phone will prove my points with ease. I have another phone call to make later today REXY. My family is very excited to explore South America. So am I .... :-)

https://www.youtube.com/watch?v=tUqgnffZVok
    Flathead Presents: Exposed

13 days ago (edited)
When he claimed I was a Reg. Offender like he was but WAYYY worse, he was a dead man walking. When he put a fake lawsuit on me, he was a dead man walking. When he wished COVAIDS on my children, he was a dead man walking. When he said I was at an under@ged party in Seattle, he was a dead man walking. I still have all of these videos and messages to prove it. This "burger flipper" also spent 10 years working at Xerox and was hired by a Town (board of education) to work in IT. Dept. as a Network Admin and desktop support to the ENTIRE town including the Police Dept. where I also had an office along with an office inside my primary school. I also won a citizenship award from the Town's Police Dept. Our family donated $19,000 in 2021 for people in some kind of need. He will learn who I am when I am finished with him. :-) Hope you're having a nice weekend!! Ask Stunt Dummy how he likes his $600 computer he won in my contest. I Don't bluff and I don't have a need to lie about my life. I can prove everything I say with ease.

Affirmative action would be needed and exigent circumstances exist.

The Defendant Dustin Kennith is attempting to leave the country to avoid service, and possible criminal charges. The Plaintiffs ask the court to issue an arrest warrant for Dustin Kennith and to notify necessary government entities to prevent his departure from the country.

Contained within this document is probable cause to believe that Dustin Kennith orchestrated the events and crimes contained herein. To allow him to leave the country it is believed will cause further anxiety or causing unknown harm, damage or physical injury due to his further claim he has boots on the ground watching and the possibility lying in ambush for Rex A Frederickson to

cause harm, damage or physical injury all the time conspiring then from a foreign country. Possibly safe from legal expedition.

**F.   PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non frivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_WBOU Communication_ **Mr. Lyle A Shumpert** _01-31-22_
(Plaintiff's Signature)                              Date

_Wicked Developed Radio Network_
(Plaintiff's Signature)    Date _01-31-22_

_TASS Construction_ **Mr. Lyle A Shumpert** _01-31-22_
(Plaintiff's Signature)                              Date

_Thomas Ackrum_
_Alcoos Ent._    _01-31-22_
(Plaintiff's Signature)    Date

_Mr. Lyle A Shumpert_
(Plaintiff's Signature)

_Thomas Ackrum_  _01-31-22_
(Plaintiff Signature)    Date

_[signature]_    _01-31-22_
(Plaintiff's Signature)   Date

(Form Revised December 2017)

8