# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00262-CNS-MDB

REX A. FREDERICKSON,

    Plaintiff,

v.

MICHAEL J. WEISS

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the ORDER of United States District Judge Charlotte N. Sweeney issued on September 13, 2023, [ECF No. 93] it is

    ORDERED that the Recommendation of United States Magistrate Judge Maritza Dominguez Braswell [ECF No. 92] is AFFIRMED and ADOPTED. It is

    FURTHER ORDERED that the claims against Defendant Michael J. Weiss are dismissed without prejudice. It is

    FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 13th day of September, 2023.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

        By: s/ J. Dynes
                J. Dynes,
                Deputy Clerk