# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| PLAINTIFF | > | |
| Rex A Frederickson | > | Case 22-cv-262-CMA |
| | > | |
| | > | Judge _____ |
| | > | |
| DEFENDANT'S | > | Room _____ |
| Chad Grey,   Other unknown actors or conspirators | > | |
| Et.Al. | > | |

## REQUEST FOR ZOOM HEARING

NOW COMES Rex Frederickson requesting a ZOOM hearing or tele-hearing to present verbal argument and present video evidence to the court.

Rex Frederickson believes that if presented the court would find in his favor the requests Rex Frederickson has presented to this court.

Rex Frederickson agrees that he is incapable or with sever difficulty, articulating the necessities this court would require while narrating these events without prior legal experience, and that the evidence to be presented would be self authenticating and will provide any remaining requirements the plaintiff finds difficult to articulate.

Rex Frederickson request the hearing date of Sept 22, 2023 with approximately 1 hour of court time as the evidence is in the form of a AV presentation that can be displayed in whole or in part VIA Zoom.

Respectfully submitted PRO SE

*Rex A. Frederickson*                                                                                   Phone 960 744 8175

Rex Frederickson


Service
Emailed to named defendants attorney.